246

## Bernice Grossman, Appellee, v. Herman Grossman, Appellant.

### Gen. No. 41,366.

DENIS E. SULLIVAN, J., dissenting.

opinion filed November 20, 1940. Samuel Shamberg and Russell J. Topper, for appellant; Russell J. Topper, of counsel; Turner & Turner, for appellee; Maurice Turner, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."